UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
NACHUM ZAGER
    Plaintiff,

vs.

TD BANKNORTH, N.A. a division
of TD BANKNORTH INC.
    Defendant.
----------------------------------------x

**07 CIV. 7500**

RULE 7.1 STATEMENT

**JUDGE KARAS**



Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for NACHUM ZAGER (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:
N/A

DATED: 8/23, 2007
Spring Valley, New York

                /s/
Shmuel Klein (SK 7212) Fed Court Only
Law Office of Shmuel Klein, PC
Attorneys for Plaintiff
268 ROUTE 59
Spring Valley, NY  10977
(845) 425-2510

13