# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| NACHUM ZAGER,<br>on behalf of himself and all others similarly<br>situated,<br><br>                                   Plaintiffs,<br><br>v.<br><br>TD BANKNORTH, N.A., a division of TD<br>BANKNORTH, INC.,<br><br>                                   Defendant. | CIV. A. NO. - 07-CV-7500 (KMK)<br><br>**TD BANKNORTH, N.A.'S<br>RULE 7.1. DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1. and to enable the Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant, T.D. Banknorth, N.A., certifies as follows:

1.  TD Banknorth N.A., is a wholly owned subsidiary of TD Banknorth Inc.

2.  TD Banknorth Inc. is a wholly-owned subsidiary of TD US P&C Holdings, ULC.

3.  TD US P&C Holdings, ULC is a wholly-owned subsidiary of The Toronto-Dominion Bank.

Dated:  November 5, 2007

                                             s/ Angelo A. Stio III
                                           Angelo A. Stio, III [AS 7880]
                                           PEPPER HAMILTON LLP
                                           A Pennsylvania LLP
                                           301 Carnegie Center
                                           Suite 400
                                           Princeton, NJ 08543-5276
                                           (609) 951-4125 (telephone)
                                           (609) 452-1147 (fax)

Of Counsel:

Stephen G. Harvey
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA  19103-2799
(215) 981-4000 (telephone)
(215) 981-4750 (fax)

                Attorneys for Defendant,
                TD Banknorth, N.A.

#9011111 v3