UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NACHUM ZAGER,<br>on behalf of himself and all others similarly situated,<br><br>                                           Plaintiffs,<br><br>v.<br><br>TD BANKNORTH, N.A., a division of TD BANKNORTH, INC.,<br><br>                                           Defendant. | CIV. A. NO.  07-CV-7500 (KMK) |

## CERTIFICATE OF SERVICE

I, Angelo A. Stio, hereby certify that on November 5, 2007, a true and correct copy of the Defendant's Answer to the Amended Class Action Complaint was electronically filed with the United States District Court for the Southern District of New York and a copy was served via telefax and regular mail on Plaintiff's counsel at the following address:

Shmuel Klein, Esq.
268 West Route 59
Spring Valley, NY 10977
fax (845) 425-7362

Dated:  November 5, 2007

/Angelo A. Stio III
Angelo A. Stio, III [AS 7880]
PEPPER HAMILTON LLP
A Pennsylvania LLP
301 Carnegie Center
Suite 400
Princeton, NJ 08543-5276
(609) 951-4125 (telephone)
(609) 452-1147 (fax)

Attorneys for Defendant,
TD Banknorth, N.A.

#9014636 v1