UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Fee paid*
*$25⁰⁰*
*E 624907*

| | |
|---|---|
| NACHUM ZAGER, on behalf of himself and all others similarly situated, | No. 07-CIV-7500 |
| Plaintiff, | |
| v. | |
| TD BANKNORTH N.A. a division of TD BANKNORTH INC., | |
| Defendant. | |

## NOTICE OF MOTION FOR ADMISSION
### *PRO HAC VICE*

PLEASE TAKE NOTICE that, upon the annexed Affidavits of Angelo A. Stio III

and Stephen G. Harvey, sworn to on November 7, 2007, defendant TD Banknorth N.A., by its

undersigned counsel, will move this Court, at the United States Courthouse for the Southern

District of New York, 300 Quarropas Street, White Plains, New York, on such date and at such

time to be set by this Court, for entry of an Order pursuant to Local Civil Rule 1.3(c) admitting

Stephen G. Harvey to appear in this matter *pro hac vice*.


Dated: Princeton, New Jersey
　　　　November 7, 2007

Angelo A. Stio, III [AS 7880]
PEPPER HAMILTON LLP
A Pennsylvania LLP
301 Carnegie Center
Suite 400
Princeton, NJ 08543-5276
(609) 951-4125 (telephone)
(609) 452-1147 (fax)

Attorneys for Defendant,
TD Banknorth, N.A.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____