

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NACHUM ZAGER, on behalf of himself and all others similarly situated,

      Plaintiff,

v.

TD BANKNORTH N.A.
a division of TD BANKNORTH INC.,

      Defendant.

No. 07-CIV-7500 (KMK)

### ORDER ADMITTING STEPHEN G. HARVEY

On this _14_ day of _Nov_____, 2007, upon motion of TD Banknorth N.A. for entry of an Order pursuant to Local Civil Rule 1.3(c) of the United States District Court for the Southern District of New York granting *pro hac vice* admission to Stephen G. Harvey in connection with the above-captioned case; and upon consideration of the motion and the Affidavit in support thereof; and upon consideration of any opposition thereto; it is hereby ORDERED that Stephen G. Harvey is granted *pro hac vice* admission to appear before this Court in this matter.

Dated: White Plains, NY
November 14, 2007

SO ORDERED:

_____
Honorable Kenneth M. Karas, U.S.D.J.