UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NACHUM ZAGER,

                Plaintiff,

-v-

TD BANKNORTH, N.A.,

                Defendant.

Case No. 07 Civ. 7500 (KMK)

ORDER

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

KENNETH M. KARAS, District Judge:

    Parties are directed to conduct limited discovery related to class certification. This discovery will include, but not be limited to, a deposition of Plaintiff by Defendant; production by Defendant of a list of individuals who were charged the fees enumerated in the Complaint; and production by Defendant of appropriate authentication witnesses. Discovery will close on March 10, 2008. Following discovery, any party wishing to file a motion shall send the Court a pre-motion letter of no more than three pages by March 19, 2008, outlining the basis for the motion. The non-moving party shall then reply with a letter of no more than three pages by March 26, 2008. Parties will return for a Pre-Motion Conference in early April, at a date to be determined by the Court.

SO ORDERED.

Dated: December 10, 2007
       New York, New York

                                            _____
                                            KENNETH M. KARAS
                                            UNITED STATES DISTRICT JUDGE