```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

NACHUM ZAGER,
on behalf of himself and all others similarly
situated,

                               Plaintiffs,

v.

TD BANKNORTH, N.A., a division of TD
BANKNORTH, INC.,

                               Defendant.

CIV. A. NO. - 07-CV-7500 (KMK)

STIPULATION OF DISMISSAL
WITH PREJUDICE

The parties, by their respective counsel, stipulate and agree in accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure that this action and Plaintiff's individual claims, as well as any counterclaims asserted or capable of being asserted in this action are hereby settled, discontinued and dismissed with prejudice and without costs to any party.

Dated: February 19, 2008

**PEPPER HAMILTON LLP**
Attorneys for Defendant

By: _____
    Angelo A. Stio III [AS 7880]
Suite 400
301 Carnegie Center
Princeton, New Jersey 08543-5276
(609) 452-0808

**LAW OFFICE OF SHMUEL KLEIN, P.C.**
Attorneys for Plaintiff

By _____
    Shmuel Klein [SK 7212]
268 West Route 59
Spring Valley, New York 10977
(845) 425-2510

SO ORDERED:

_____
Honorable Kenneth M. Karas, U.S.D.J.

#9265995 v1